Siomkos v Nouinou (2024 NY Slip Op 51705(U))

[*1]

Siomkos v Nouinou

2024 NY Slip Op 51705(U)

Decided on December 17, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 17, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Tisch, J.P., James, Perez, JJ.

570118/24

Stella Siomkos, Plaintiff-Respondent,
against
Fátimazöhra Nouinou, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York County (Aija Tingling, J.), entered November 28, 2023, which denied her motion to dismiss the complaint.

Per Curiam.
Order (Aija Tingling, J.), entered November 28, 2023, modified to dismiss the cause of action for harassment; as modified, order affirmed, without costs.
The motion court properly denied defendant's motion to dismiss so much of the complaint as sought to recover for an unpaid loan. The proof submitted by defendant fails to establish as a matter of law that the money tendered by plaintiff was a gift, rather than a loan (see Pellegrini v Brock, 65 AD3d 971 [2009]; Langenbach v Renna, 255 AD2d 366 [1998]; Ptasznik v Schultz, 233 AD2d 695, 696 [1996]).
Inasmuch as New York does not recognize a civil cause of action for harassment (see Broadway Cent. Prop. v 682 Tenant Corp., 298 AD2d 253, 254 [2002]; Santoro v Town of Smithtown, 40 AD3d 736, 738 [2007]), we dismiss so much of the complaint as seeks damages for harassment.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 17, 2024